# Court of Appeals
# of the State of Georgia

ATLANTA,  May 17, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0370.  WESLEY B. WILLIAMS v. JULIA F. WILLIAMS.**

We dismissed Wesley B. Williams's pro se application for discretionary appeal because it appeared that he was still represented by counsel and therefore his pro se application was a nullity.  On motion for reconsideration, however, Williams maintains that his counsel withdrew from representation on March 17, 2017. Accordingly, we GRANT the motion for reconsideration and VACATE our previous order dismissing the application, which is hereby REINSTATED.

Upon consideration of the merits, however, the application for discretionary appeal is DENIED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  05/17/2017*
 *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*